### ANDREWS, appellant, v. RAYMOND.

*Fraudulent deed — undue influence — evidence.*

In an action to set aside a deed, upon the ground of fraud and undue influence, it was shown that the person procuring the deed had strenuously urged the one making it, who was a married woman and of a low grade of intelligence, to do so without consulting her husband or relations. *Held*, that while this was a suspicious circumstance, mere suspicion of undue influence was not enough; it must be proved.

*J. J. Duddleston, Jr.,* and *Amos H. Prescott,* for appellant.

*S. S. Morgan,* for respondent.

MULLIN, P. J.

APPEAL from a judgment entered upon the report of a referee. Judgment affirmed, upon the ground that there being a conflict of testimony, it was for the referee to determine which statements were to be believed. Nothing is contained in the opinion important for publication.

*Judgment affirmed.*

---

### PERRIN et al. v LEWIS, appellant.

*Trial — dismissal of complaint — neglect to request submission to jury.*

Defendant made a draft on plaintiffs. The draft was accompanied by a bill of lading of some cheese consigned to plaintiffs. Plaintiffs accepted and paid the draft, and sold the cheese which did not bring enough to meet the draft. In an action for the deficiency, the defense was that the cheese had been sold to plaintiffs' agent for the amount of the draft. Plaintiffs claimed to have received and sold the cheese on commission. Evidence was given tending to prove the allegations upon each side. *Held*, that a motion to dismiss the complaint was properly denied, and that the defendant not having requested the submission of the case to the jury, could not object on appeal to a verdict for plaintiff, found by direction of the court.

*Fiske & Ballou,* for appellant.

*E. L. Stevens,* for respondent.

MULLIN, P. J.

APPEAL from a judgment and order denying a new trial. The head note contains all that is of any importance in the opinion.

*Judgment affirmed.*